

## MY PROFILE

Stephen R Abel

Crew Lead-Driver

Length of Service: 3 Months

Anniversary 8/8/2019

## NOTIFICATIONS

## MY HUMAN RESOURCE CONTACTS

## MY PAY

|  | ‹ 8/23/2019 | 8/16/2019 › |
|---|---|---|
| Check Number |  |  |
| Gross Pay | $578.75 | $286.00 |
| Net Pay | $460.87 | $237.37 |
| Direct Deposit | $0.00 | $0.00 |

## MY BENEFITS

401(k) Plan
401(k)



## MY PROFILE

Stephen R Abel

Crew Lead-Driver

Length of Service: 3 Months

Anniversary 8/8/2019

## NOTIFICATIONS

## MY HUMAN RESOURCE CONTACTS

## MY PAY

| | ‹ 9/6/2019 | 8/30/2019 › |
|---|---|---|
| Check Number | | |
| Gross Pay | $559.00 | $691.13 |
| Net Pay | $445.85 | $546.25 |
| Direct Deposit | $445.85 | $546.25 |

## MY BENEFITS

401(k) Plan
401(k)



## MY PROFILE

Stephen R Abel

Crew Lead-Driver

Length of Service: 3 Months

Anniversa 8/8/2019

## NOTIFICATIONS

## MY HUMAN RESOURCE CONTACTS

## MY PAY

|  | < 9/20/2019 | 9/13/2019 > |
|---|---|---|
| Check Number |  |  |
| Gross Pay | $494.00 | $531.96 |
| Net Pay | $396.48 | $425.33 |
| Direct Deposit | $396.48 | $425.33 |

## MY BENEFITS

401(k) Plan
401(k)



## MY PROFILE

Stephen R Abel

Crew Lead-Driver

Length of Service: 3 Months

Anniversai 8/8/2019

## NOTIFICATIONS

## MY HUMAN RESOURCE CONTACTS

## MY PAY

|  | ‹ 10/4/2019 | 9/27/2019 › |
|---|---|---|
| Check Number |  |  |
| Gross Pay | $560.25 | $651.37 |
| Net Pay | $446.83 | $516.01 |
| Direct Deposit | $446.83 | $516.01 |

## MY BENEFITS

401(k) Plan
401(k)



## MY PROFILE

Stephen R Abel

Crew Lead-Driver

Length of Service: 3 Months

Anniversary 8/8/2019

## NOTIFICATIONS

## MY HUMAN RESOURCE CONTACTS

## MY PAY

|  | < 10/18/2019 | 10/11/2019 > |
|---|---|---|
| Check Number |  |  |
| Gross Pay | $833.63 | $732.37 |
| Net Pay | $654.51 | $577.58 |
| Direct Deposit | $654.51 | $577.58 |

## MY BENEFITS

401(k) Plan
401(k)



## MY PROFILE

Stephen R Abel

Crew Lead-Driver

Length of Service: 3 Months

Anniversary 8/8/2019

## NOTIFICATIONS

## MY HUMAN RESOURCE CONTACTS

## MY PAY

|  | < 11/1/2019 | 10/25/2019 > |
|---|---|---|
| Check Number |  |  |
| Gross Pay | $432.00 | $418.50 |
| Net Pay | $349.38 | $339.12 |
| Direct Deposit | $349.38 | $339.12 |

## MY BENEFITS

401(k) Plan
401(k)

## MY PROFILE

Stephen R Abel

Crew Lead-Driver

Length of Service: 3 Months

Anniversary 8/8/2019

## NOTIFICATIONS

## MY HUMAN RESOURCE CONTACTS

## MY PAY

|  | < 11/15/2019 | 11/8/2019 > |
|---|---|---|
| Check Number |  |  |
| Gross Pay | $560.00 | $722.25 |
| Net Pay | $446.62 | $569.89 |
| Direct Deposit | $446.62 | $569.89 |

## MY BENEFITS

401(k) Plan
401(k)



## MY PROFILE

Stephen R Abel

Crew Lead-Driver

Length of Service: 3 Months

Anniversary 8/8/2019

## NOTIFICATIONS

## MY HUMAN RESOURCE CONTACTS

## MY PAY

|  | < 11/29/2019 | 11/22/2019 > |
|---|---|---|
| Check Number |  |  |
| Gross Pay | $591.50 | $759.50 |
| Net Pay | $470.55 | $598.17 |
| Direct Deposit | $470.55 | $598.17 |

## MY BENEFITS

401(k) Plan
401(k)