IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     Stephen Raymond Abel,     :     Case No. 1:19-bk-05231-HWV
                 Debtor                  :
                                             :     Chapter 13

## DEBTOR'S WITHDRAWAL OF DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS

TO THE CLERK:

Kindly withdraw Debtor's Declaration Under Penalty of Perjury for Non-Individual Debtors, filed December 19, 2019, and docketed to Document No. 14.

Dated: December 20, 2019                                        Respectfully,

                                                                                 /s/Tony Sangiamo, Esquire
                                                                                 Tony Sangiamo, Esquire
                                                                                 Spm. Ct. ID # 44124
                                                                                 P.O. Box 1324
                                                                                 York, PA 17405
                                                                                 Phone: (717) 718-1480
                                                                                 Fax:     (717) 326-1515
                                                                                 tsanlaw@gmail.com