```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
```

In re:                                                                    Case No. 19-05231-HWV
Stephen Raymond Abel                                                      Chapter 13
       Debtor                          **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: PamelaRad          Page 1 of 1          Date Rcvd: Dec 20, 2019
                              Form ID: asextnd         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2019.
```
db            +Stephen Raymond Abel,    780 Fahs Street,    York, PA 17404-2446
5279751        HARRY A BACKUS,    30755 WEST LAGOON RD,    Dagsboro, DE 19939-4031
5279752       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
5279753       +Penn Credit,    Attn: Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
5279754       +ROBERT ESTILL,    2026 S QUEEN ST,    York, PA 17403-4829
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2019 19:36:58
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5279755       +E-mail/Text: philadelphia.bnc@ssa.gov Dec 20 2019 19:28:23      Social Security Adminstration,
               Office of Regional Commissioner,    26 Federal Plaza  Rm 40-120,    New York, NY 10278-4199
5280280       +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2019 19:36:54      Synchrony Bank,
               c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
5279756       +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2019 19:36:54      Synchrony Bank/Walmart,
               Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5279757       +E-mail/Text: kcm@yatb.com Dec 20 2019 19:27:49      York Area Tax Bureau,    1415 N Duke St,
               PO Box 156287,    York, PA 17404
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5279750        EVELER AND EVELER,    101 S DUKE ST
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Tony Santo Sangiamo    on behalf of Debtor 1 Stephen Raymond Abel tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Stephen Raymond Abel,            Chapter     13

     **Debtor 1**

                                Case No.     1:19–bk–05231–HWV

## Notice

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on December 9, 2019.

The debtor(s) filed a Motion to Extend the Automatic Stay in this case. A hearing on this matter has been scheduled for:

| United States Bankruptcy Court Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: 1/7/20 |
| --- | --- |
| | Time: 09:30 AM |

Any objection/response to the Motion must be filed and served on the debtor(s) on or before **January 5, 2020**.

If an objection/response is not filed by the objecting deadline and the debtor(s) (has/have) filed an Affidavit setting forth sufficient facts to support the motion and satisfy §362(c)(3) or (c)(4), the Court may grant the motion without conducting a hearing.

If no Affidavit is filed prior to the objecting deadline, or if the Affidavit filed is insufficient to satisfy the terms of 11 U.S.C. §362(c)(3) or (c)(4), or if any objections are filed within the prescribed objecting deadline, a hearing on this matter will be held.

**Consideration of a request to extend/impose the automatic stay must be accomplished within thirty (30) days of the bankruptcy petition filing date. It is the debtor(s)'s responsibility to request expedited consideration of a motion to extend when required.**

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 20, 2019 |

**asextnd (Notice of Hearing to Extend/Impose Stay) (05/18)**