IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
Stephen Raymond Abel, :
 :
        Debtors : Case No. 1:19-bk-05231-HWV

DEBTOR'S AFFIDAVIT IN SUPPORT OF
MOTION TO EXTEND AUTOMATIC STAY
AS TO ALL CREDITORS
PURSUANT TO 11 USC SECTION 362

I, Stephen Raymond Abel, swear or affirm that the following is true and correct to the best of my knowledge, information, and belief:

I filed this bankruptcy case on December 9, 2019; I had a Chapter 13 case (1:19-bk-02510-HWV) pending within the one year period before I filed this case. I filed both cases in good faith.

When I filed my prior case on June 10, 2019, I was doing so pro se. As a result, I failed to file required documents and schedules timely and on July 24, 2019, this Court dismissed our case.

I have now retained legal counsel to ensure the case proceeds as it should.

It is substantially likely my instant case will succeed despite my previous case having been dismissed because:

    a.    I have now retained legal counsel and;

    b.    All required documents and schedules have been filed.

Therefore, it is substantially likely that I will successfully complete my current case.

I declare under penalty of perjury that I have read the foregoing Affidavit and the statements therein are true and correct to the best of my knowledge, information, and belief. Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Date: 12-23-2019

Stephen Raymond Abel

Personally appeared before me this 23rd day of December, 2019, Stephen Raymond Abel, known to me to be the person who signed and executed the foregoing Affidavit; and having first made known to him the contents thereof, he personally acknowledged to me and before me that he signed and sealed the same, on the date it bears, as his free and voluntary act and deed, without any compulsion, constraint, apprehension, fear, or past, present or future consideration therefor implied nor inferred, for the uses and purposes expressed therein.

Notary Public

My Commission Expires:

January 3, 2023

Commonwealth of Pennsylvania – Notary Seal
Cindy W. Mak, Notary Public
York County
My commission expires January 3, 2023
Commission number 1259757