IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: **Stephen Raymond Abel,** :
: CASE NO. **1:19-bk-05231-HWV**
Debtor :
: CHAPTER 13

### CERTIFICATE OF SERVICE

I hereby certify that I this date served the within Motion to Modify Wage Attachment Order on the employer in question by depositing a true and correct copy of the same in the United States Mail at York, Pennsylvania, postage prepaid, certified mail, addressed as follows:

**WD Wright Contracting, Inc.
24 Roth Church Rd.
Spring Grove, PA 17632**

Dated: January 8, 2020         Signed:

/s/Tony Sangiamo, Esq.
Tony Sangiamo, Esq.
Attorney for Debtor(s)
1701 West Market Street
P.O. Box 1324
York, PA 17405
Phone: 717 718-1480
Fax: 717 326-1515
SUP CT ID# 44124
tsanlaw@gmail.com