```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-05231-HWV
Stephen Raymond Abel                                                Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0314-1           User: PamelaRad             Page 1 of 1              Date Rcvd: Jan 07, 2020
                               Form ID: pdf010             Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2020.
db           +Stephen Raymond Abel,    780 Fahs Street,    York, PA 17404-2446
5279751       HARRY A BACKUS,    30755 WEST LAGOON RD,    Dagsboro, DE 19939-4031
5279752      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
5279753      +Penn Credit,    Attn: Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
5279754      +ROBERT ESTILL,    2026 S QUEEN ST,    York, PA 17403-4829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 07 2020 19:39:47
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5288277       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 07 2020 19:19:14
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, Pa.  17128-0946
5279755      +E-mail/Text: philadelphia.bnc@ssa.gov Jan 07 2020 19:19:20     Social Security Adminstration,
              Office of Regional Commissioner,    26 Federal Plaza  Rm 40-120,    New York, NY 10278-4199
5280280      +E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2020 19:29:21     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5279756      +E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2020 19:29:30     Synchrony Bank/Walmart,
              Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5279757      +E-mail/Text: kcm@yatb.com Jan 07 2020 19:19:09     York Area Tax Bureau,    1415 N Duke St,
              PO Box 156287,    York, PA 17404
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5279750       EVELER AND EVELER,    101 S DUKE ST
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Tony Santo Sangiamo    on behalf of Debtor 1 Stephen Raymond Abel tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Stephen Raymond Abel, | : | |
| Debtor | : | 1:19-bk-05231-HWV |

ORDER OF COURT
GRANTING DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY
AS TO ALL CREDITORS

AND NOW, after due consideration of Debtor's Motion to Extend Automatic Stay, any objection thereto, and the record herein, it is by the United States Bankruptcy Court for the Middle District of Pennsylvania, hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the automatic stay enjoyed by Debtor in this matter is extended as to all creditors for the life of the case or until further Order of Court.

Dated: January 7, 2020

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (JH)