# UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Stephen Raymond Abel | : | |
|     Debtor | : | Chapter 13 |
| | : | No: 1:19-bk-05231-HWV |
| | : | |
| Nationstar Mortgage LLC | : | |
| d/b/a Mr. Cooper | : | |
|     Movant | : | |
| | : | MOTION FOR STAY RELIEF |
| v. | : | |
| | : | |
| Stephen Raymond Abel | : | |
|     Respondent | : | |

## DEBTOR'S ANSWER TO
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 FILED ON BEHALF OF NATIONSTAR MORTGAGE LLC
## D/B/A MR. COOPER

Debtor, Stephen Raymond Abel, through his counsel, Tony Sangiamo, Esq., hereby files his Answer to Nationstar Mortgage LLC d/b/a Mr. Cooper Motion for Relief from the Automatic Stay under Section 11 U.S.C. 362 and, avers the following in support of the said Answer:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. It is denied that Debtor has post-petition arrears for January 2020 through March 2020. Debtor's Chapter 13 Plan is a conduit plan.

7. Denied. It is denied that Debtor has post-petition arrears totaling $2,624.31. The Standing Chapter 13 Trustee has made at least 1 post-petition conduit payment to the Movant since January 2020.

8. Allegation number 8 is a legal conclusion to which no responsive pleading is required.

9. Allegation number 9 is denied as outside Debtor's knowledge; strict proof thereof is demanded.

10. Allegation number 10 is a legal conclusion to which no responsive pleading is required.

WHEREAS, Debtor respectfully requests that the Court deny the relief requested by Movant.

Date: April 1, 2020

Respectfully Submitted,

/s/Tony Sangiamo, Esq.
Tony Sangiamo, Esq.
P.O. Box 1324
York, PA 17405
(717) 718-1480
*Attorney for Debtor*