UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: STEPHEN RAYMOND ABEL | CASE NO: 19-05231 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. 50 |

On 6/23/2020, I did cause a copy of the following documents, described below,

2nd Amended Plan ECF Docket Reference No. 50

Notice 2nd Amended Plan 50

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/23/2020

/s/ Tony Sangiamo
Tony Sangiamo  44124
Law Office of Tony Sangiamo
PO Box 1324
York, PA  17405
717 718 1480

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: STEPHEN RAYMOND ABEL | CASE NO: 19-05231 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. 50 |

On 6/23/2020, a copy of the following documents, described below,

2nd Amended Plan ECF Docket Reference No. 50

Notice 2nd Amended Plan 50

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/23/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Tony Sangiamo
Law Office of Tony Sangiamo
PO Box 1324
York, PA 17405

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03141<br>CASE 1-19-BK-05231-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>MON JUN 22 17-21-18 EDT 2020 | STEPHEN RAYMOND ABEL<br>780 FAHS STREET<br>YORK PA 17404-2446 | CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| DIRECTV LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 5072<br>CAROL STREAM IL 60197-5072 | HARRY A BACKUS<br>30755 WEST LAGOON RD<br>DAGSBORO DE 19939-4031 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| MR COOPER<br>ATTN BANKRUPTCY<br>8950 CYPRESS WATERS BLVD<br>COPPELL TX 75019-4620 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>PO BOX 619096<br>DALLAS TX 75261-9096 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| PENN CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 988<br>HARRISBURG PA 17108-0988 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG PA 17128-0946 | ROBERT ESTILL<br>2026 S QUEEN ST<br>YORK PA 17403-4829 |
| TONY SANTO SANGIAMO<br>1701 WEST MARKET STREET<br>PO BOX 1324<br>YORK PA 17405-1324 | SOCIAL SECURITY ADMINSTRATION<br>OFFICE OF REGIONAL COMMISSIONER<br>26 FEDERAL PLAZA RM 40-120<br>NEW YORK NY 10278-4199 | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| SYNCHRONY BANKWALMART<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 | VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 4457<br>HOUSTON TX 77210-4457 |
| JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 | YORK AREA TAX BUREAU<br>1415 N DUKE ST<br>PO BOX 156287<br>YORK PA 17404 | |