```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                                 Case No. 19-05231-HWV
Stephen Raymond Abel                                                   Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1        User: AutoDocke           Page 1 of 1               Date Rcvd: Aug 13, 2020
                            Form ID: ntcltrdb         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5351528        +E-mail/Text: kcm@yatb.com Aug 13 2020 19:26:14     York Adams Tax Bureau,    1415 N. Duke St.,
                 PO Box 15627,    York, PA 17405-0156
                                                                                               TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Tony Santo Sangiamo    on behalf of Debtor 1 Stephen Raymond Abel tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4

Case 1:19-bk-05231-HWV    Doc 59    Filed 08/15/20    Entered 08/16/20 00:28:48    Desc
                      Imaged Certificate of Notice    Page 1 of 2

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Stephen Raymond Abel, | Chapter 13 |
| **Debtor 1** | Case No. 1:19–bk–05231–HWV |

### Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#6) has been filed by the Debtor on behalf of York Adams Tax Bureau in the amount of $0.00.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| Ronald Reagan Federal Building | Terrence S. Miller |
| 228 Walnut St, Rm 320 | Clerk of the Bankruptcy Court: |
| Harrisburg, PA 17101–1737 | By: PamelaRadginski, Deputy Clerk |
| (717) 901–2800 | |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 13, 2020 |

ntcltrdb 05/18