# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    STEPHEN RAYMOND ABEL

          Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
          Movant

vs.

STEPHEN RAYMOND ABEL

          Respondent(s)

CHAPTER 13

CASE NO: 1-19-05231-HWV

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on April 14, 2021, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    April 14, 2021

Respectfully submitted,

/s/    James K. Jones, Esquire
ID:  39031
Attorney for Movant
Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     STEPHEN RAYMOND ABEL

                                        CHAPTER 13

           Debtor(s)

     CHARLES J. DEHART, III
     CHAPTER 13 TRUSTEE                 CASE NO: 1-19-05231-HWV
           Movant

### <u>NOTICE</u>

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

>May 12, 2021 at 09:35 AM
>Bankruptcy Courtroom
>Ronald Reagan Federal Bldg
>3rd Floor, 228 Walnut Street
>Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.    You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 4297.90**
**AMOUNT DUE FOR THIS MONTH: $1536.00**
**TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $5833.90**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**
        **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  April 14, 2021

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    STEPHEN RAYMOND ABEL

                                        CHAPTER 13

          Debtor(s)

          CHARLES J. DEHART, III              CASE NO: 1-19-05231-HWV
          CHAPTER 13 TRUSTEE
          Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 14, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

TONY SANGIAMO, ESQUIRE                  UNITED STATES TRUSTEE
343 WEST MARKET STREET                  SUITE 1190
P.O. BOX 1324                           228 WALNUT STREET
YORK, PA  17401-                        HARRISBURG, PA  17101

Served by First Class Mail

STEPHEN RAYMOND ABEL
780 FAHS STREET
YORK, PA  17404

I certify under penalty of perjury that the foregoing is true and correct.

Date:  April 14, 2021                   Liz Joyce
                                        for Charles J. DeHart, III, Trustee
                                        Suite A, 8125 Adams Dr.
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        eMail: dehartstaff@pamd13trustee.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    STEPHEN RAYMOND ABEL

                  CHAPTER 13

        Debtor(s)

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE
              Movant                CASE NO: 1-19-05231-HWV

        vs.

        STEPHEN RAYMOND ABEL        MOTION TO DISMISS

### ORDER DISMSSING CASE

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.